CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

|  |  |
|---|---|
| vs. | ) ) ) ) ) ) |

RODNEY BAGGOTT and KIMBERLY BAGGOTT

Civil/Criminal No.: __24-cr-127 (RBW)__

## NOTE FROM JURY

WE WOULD LIKE TO KNOW YOU

TO ZOOM IN ON THE VIDEOS,

OR IF WE NEED ANOTHER

MEDIA PLAYER.

Date: __07/23/2025__

Time: __11.35 A.M__