# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Action No. 24-127-2 (RBW) |
| | ) | |
| KIMBERLY BAGGOTT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## VERDICT FORM

AND NOW, this___**24 TH**___day of___**July**___, 2025, we, the Jurors empaneled in the

above captioned case, hereby find as follows:

**Count 6 (Accessory After the Fact to Assault With Intent to Kill While Armed between on or about January 30, 2024, and February 8, 2024)**

As to Count 6, we the members of the jury do hereby unanimously find the

defendant, Kimberly Baggott:

___✓___ Not Guilty

_____ Guilty

Please sign and date this verdict form on the lines provided below.

**07 / 24 / 2025**

_____
Date

If you agree with the verdict as indicated by your Foreperson, please sign, indicate your juror number, and date this verdict form on the lines provided below.