| Government | ✔ | United States of America | |
|---|---|---|---|
| Plaintiff | ☐ | VS. | |
| Defendant | ☐ | Rodney Baggott and Kimberly Baggott | Criminal No.  24-cr-127 (RBW) |
| Joint | ☐ | | |
| Court | ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **100 SERIES – PHYSICAL EXHIBITS** | | | | | |
| 101 | Intratec 9mm Pistol | 7/16/2025 | 7/17/2025 | C. De Guzman | |
| 102 | Magazine marked Hi-Point | 7/16/2025 | 7/17/2025 | C. De Guzman | |
| 103 | 10 Cartridges stamped "WIN 9mm Luger" | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 104 | Cartridge Case marked "WIN 9mm Luger" from roadway | 7/16/2025 | 7/16/2025 | S. Everett | |
| 106 | Murphy's Auto Body Shop Receipt (Front Passenger Seat) | 7/16/2025 | 7/16/2025 | S. Everett | |
| 107 | Receipt and Postcard (Glovebox) | 7/16/2025 | 7/16/2025 | S. Everett | |
| 108 | Personal papers, MCM purse | 7/16/2025 | 7/16/2025 | S. Everett | |
| 113 | Additional WIN 9mm from residence | 7/17/2025 | | M. Brown | |
| 114 | Baggott Buccal Swab | 7/17/2025 | | Stipulation | |
| 115 | Bowens Buccal Swab | 7/17/2025 | | Stipulation | |

1

| 116 | Swabs from gun and magazine | 7/17/2025 | 7/17/2025 | F. Brown | |
|---|---|---|---|---|---|
| **200 – 300 SERIES – PHOTO EXHIBITS** | | | | | |
| 201 | Location placard for 300 M St NE, Apt 237 search warrant photos.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 202 | Entrance to Apartment Building.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 203 | Apartment Door.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 204 | Apartment Interior.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 205 | Bathroom 1.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 206 | Bathroom 2.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 207 | Living Room 1.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 208 | Living Room 2.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 209 | Living Room 3.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 210 | Bedroom.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 211 | Pill Bottle 1.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 213 | Bags in Living Room.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 214 | Inside of Red and Yellow Bag in Living Room 1.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 215 | Inside of Red and Yellow Bag in Living Room 2.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 219 | Instacart 1099 tax form and cash.pdf | 7/17/2025 | | C. De Guzman | |
| 220 | Mail.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |

| 221 | M&T Bank mail.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
|---|---|---|---|---|---|
| 222 | Department of Health Care Finance mail.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 223 | Shipping label on package.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 224 | DC Board of Elections mail.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 225 | Voter address confirmation card.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 226 | Confirmation email for DC DMV appointment.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 227 | PNC Bank mail.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 228 | State Farm Insurance envelope.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 229 | State Farm Insurance letter.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 230 | Cole Haan shoebox.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 231 | Items from Walmart bags.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 233 | DTLR receipt.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 234 | Inside the top left drawer of kitchen table.pdf | 7/17/2025 | | C. De Guzman | |
| 235 | Jackets in closet.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 236 | Rounds of ammunition in Ziplock bag.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 237 | Envelope with tax return forms.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 238 | Notice of speed violation by DOLLAR rental car.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| 239 | Uber 1099 tax form.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |

3

| | | | | | |
|---|---|---|---|---|---|
| **240** | Mitsubishi car insurance notice.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| **241** | Speed camera citation.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| **242** | Location placard for photos of items seized from apartment.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| **243** | Gun seized from red and yellow bag 1.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| **244** | Gun seized from red and yellow bag 2.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| **245** | Gun and magazine seized from red and yellow bag 1.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| **246** | Gun and magazine seized from red and yellow bag 2.pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| **247** | 10 cartridges stamped "WIN 9mm Luger".pdf | 7/17/2025 | 7/17/2025 | C. De Guzman | |
| **248** | Location placard for Mitsubishi photos.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| **250** | Montgomery County MD evidence tag.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| **255** | Murphy's Auto Body Shop estimate.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| **257** | Bowens Speed Camera citation and user login sheet.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| **258** | Bowens Speed Camera citation close-up.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| **259** | Front-left view of vehicle.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| **260** | Front-right view of vehicle.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| **262** | Location placard of Nissan photos taken at crime scene.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| **263** | Nissan at crime scene.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| **264** | Front View of Nissan.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |

| 265 | Rear and Side View of Nissan.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
|---|---|---|---|---|---|
| 266 | Front driver's side door of Nissan.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| 267 | Inside view of front driver's side of Nissan.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| 269 | Photo of cartridge case found at crime scene.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| 270 | WIN 9mm Luger cartridge case found at crime scene.pdf | 7/16/2025 | 7/16/2025 | S. Everett | |
| 271 | Location placard for Nissan photos taken at Evidence Control lot.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 272 | Right rear view of Nissan.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 273 | Left front view of Nissan.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 274 | Interior view of driver's seat.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 275 | Interior view of front driver side door.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 276 | Front driver side door storage pocket.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 277 | Close-up interior view of driver's seat.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 278 | Lysol wipes on floor of driver seat.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 279 | Quran found next to driver's seat.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 280 | Center console cup holders.pdf | 7/16/2025 | | S. Everett | |
| 281 | Center console storage pocket.pdf | 7/16/2025 | | S. Everett | |
| 282 | Interior view of left side rear passenger seat and door.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 283 | Close-up left interior view of rear passenger seats.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |

| 284 | Pizza box on passenger seat floor.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
|---|---|---|---|---|---|
| 285 | Close-up pizza box on passenger seat floor.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 286 | Cleared passenger seat floor.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 287 | Interior view of front passenger seat and door.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 288 | Close-up interior view of front passenger seat.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 289 | Items on floor of front passenger seat.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 291 | Front passenger glove compartment.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 292 | Pouch in center console.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 293 | Items in center console.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 294 | ID found in center console.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 295 | Items on floor of right rear passenger seat.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 296 | Close-up right interior view of rear passenger seats.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 297 | Front passenger seat back map pocket.pdf | 7/18/2025 | 7/18/2025 | T. Webb | |
| 304 | Decedent body x-ray.pdf | 7/16/2025 | 7/16/2025 | T. Zinger | |
| 305 | Aerial View of Q and Connecticut.pdf | 7/15/2025 | 7/15/2025 | C. Mortorana | |
| 313 | Photos from Murphy's Auto Body.pdf | 7/16/2025 | 7/16/2025 | D. Broadus | |
| 317 | Photo of decedent's face.pdf | 7/16/2025 | 7/16/2025 | T. Zinger | |
| 319 | Photo of decedent with family.pdf | 7/18/2025 | 7/18/2025 | E. Williams | |

| | **400 SERIES – AUDIO AND VIDEO EXHIBITS** | | | | |
|---|---|---|---|---|---|
| 401A | 1-30-2024 at 4:05 PM<br>Brian Murray BWC clip.mp4 | 7/16/2025 | 7/16/2025 | B. Nazario | |
| 402A | 1-30-2024 at 4:04 PM<br>Jason Newman BWC clip.mp4 | 7/16/2025 | 7/16/2025 | J. Newman | |
| 402B | 1-30-2024 at 4:09 PM<br>Jason Newman BWC clip.mp4 | 7/16/2025 | 7/16/2025 | J. Newman | |
| 402C | 1-30-2024 at 4:11 PM<br>Jason Newman BWC clip.mp4 | 7/16/2025 | 7/16/2025 | B. Nazario | |
| 403A | 1-30-2024 at 4.04 PM<br>Stephen Stanford BWC clip.mp4 | 7/16/2025 | 7/16/2025 | S. Stanford | |
| 405A | 1-30-2024 at 4:55 PM<br>Cielo Retail Corridor Surveillance.mp4 | 7/16/2025 | 7/16/2025 | S. Jackson | |
| 405B | 1-30-2024 at 8:03 PM<br>Cielo Retail Corridor Surveillance.mp4 | 7/16/2025 | 7/16/2025 | S. Jackson | |
| 405D | 1-30-2024 at 8:28 PM<br>Cielo Retail Corridor Surveillance.mp4 | 7/16/2025 | 7/16/2025 | S. Jackson | |
| 406A | 1-30-2024 at 4:56 PM<br>Cielo L1 Elevator Lobby Surveillance.mp4 | 7/16/2025 | 7/16/2025 | S. Jackson | |
| 406B | 1-30-2024 at 8:04 PM<br>Cielo L1 Elevator Lobby Surveillance.mp4 | 7/16/2025 | 7/16/2025 | S. Jackson | |
| 406D | 1-30-2024 at 8:29 PM<br>Cielo L1 Elevator Lobby Surveillance.mp4 | 7/16/2025 | 7/16/2025 | S. Jackson | |
| 407 | 1-30-2024 at 4:57 PM<br>Cielo Elevator 3 Surveillance.mp4 | 7/16/2025 | 7/16/2025 | S. Jackson | |
| 408 | 1-30-2024 at 8:04 PM<br>Cielo Elevator 1 Surveillance.mp4 | 7/16/2025 | 7/16/2025 | S. Jackson | |
| 409 | 1-30-2024 at 8:29 PM<br>Cielo Elevator 2 Surveillance.mp4 | 7/16/2025 | 7/16/2025 | S. Jackson | |
| 410A | 1-30-2024 at 4:00 PM<br>Front Facing Bus Camera.mp4 | 7/15/2025 | 7/15/2025 | C. Mortorana | |
| 411 | 911 Call.wma | 7/15/2025 | 7/15/2025 | C. Mortorana | |

| | | | | | |
|---|---|---|---|---|---|
| **414B** | 1-30-2024 at 4:04 PM<br>Surveillance of Q St from<br>14th and Q St Apts.mp4 | 7/18/2025 | 7/18/2025 | T. Webb | |
| **417A** | 1-30-2024 at 4:30 PM<br>Columbian Embassy Front Camera 1.mp4 | 7/16/2025 | 7/16/2025 | B. Nazario | |
| **417B** | 1-30-2024 at 4:29 PM<br>Columbian Embassy Front Camera 2.mp4 | 7/15/2025 | 7/15/2025 | C. Mortorana | |
| **418** | 1-30-2024 at 3:59 PM<br>Imperial House Surveillance Footage.mp4 | 7/18/2025 | 7/18/2025 | T. Webb | |
| **419A** | 1-30-2024 at 4:00 PM<br>Edlavitch JCC – 16th and Q<br>exterior front camera.mp4 | 7/18/2025 | 7/18/2025 | T. Webb | |
| **419B** | 1-30-2024 at 4:00 PM<br>Edlavitch JCC – exterior<br>front entrance camera.mp4 | 7/18/2025 | 7/18/2025 | T. Webb | |
| **420** | 1-30-2024 at 4:00 PM<br>Perry Belmont House surveillance.mp4 | 7/18/2025 | 7/18/2025 | T. Webb | |
| **422** | Surveillance footage from<br>Safeway on 17th and Corcoran.MOV | 7/18/2025 | 7/18/2025 | T. Webb | |
| **428A** | 5-28-2024 at 8:00 PM<br>RB Jail Call clip.mp4 | 7/18/2025 | | T. Webb | |
| **429A** | 3-2-2024 at 2:42 PM<br>Montgomery County PD Officer<br>Niko Carafano BWC clip.mp4 | 7/16/2025 | 7/16/2025 | N. Carafano | |
| **431** | 5.23.2025 at 10:06 AM<br>RB Jail Call (full).wav | 7/18/2025 | | R. Baggott | |
| **500 SERIES – CERTIFIED BUSINESS RECORDS** | | | | | |
| **505** | Bowens Erie Insurance Records.pdf | 7/16/2025 | 7/16/2025 | D. Broadus | |
| **600 SERIES – DOCUMENT EXHIBITS** | | | | | |
| **633** | 1-29-2024 through 2-12-2024<br>Bowens Timesheet.pdf | 7/16/2025 | 7/16/2025 | H. Searles | |

8

| | | | | | |
|---|---|---|---|---|---|
| 634 | Datawatch Systems History List 1-30-2024 for Bowens.pdf | 7/16/2025 | 7/16/2025 | H. Searles | |
| 635 | OCME Report | 7/16/2025 | | T. Zinger | |
| 636 | Matthew Brown Firearm Report.pdf | 7/17/2025 | | M. Brown | |
| **700 SERIES – DEMONSTRATIVES AND PRESENTATIONS** | | | | | |
| 701 | Firearm and Toolmark Examination Presentation.pptx | 7/16/2025 | 7/16/2025 | S. Karner | |
| 702 | Combined Cell Site Analysis.pptx | 7/17/2025 | 7/17/2025 | J. Ganley | |
| 703 | Trial Animation.mp4 | 7/17/2025 | 7/17/2025 | J. Ganley | |
| 704 | Cellphone and Digital Evidence.pptx | 7/18/2025 | 7/18/2025 | J. Ganley | |
| 705 | FBI Lab DNA PowerPoint.pptx | 7/17/2025 | | J. Van Dyke | |
| 706 | Intratec CAT-9 diagram.pdf | 7/17/2025 | | M. Brown | |
| 707 | Cartridge Demonstrative | 7/16/2025 | | S. Karner | |